IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ELIEZER PEREZ**, | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 02-559 |
| | : | |
| | : | |
| **RAYMOND J. SOBINA, et al.** | : | |

## ORDER

**AND NOW**, this 25th day of January, 2007, upon careful and independent consideration of the Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254, and after review of the Supplemental Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells, and related filings, IT IS ORDERED that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Petitioner's Supplemental Objection to Magistrate Judge Report and Recommendation is **OVERRULED**;

3. The Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 is **DENIED**; and

4. There is no basis for the issuance of a certificate of appealability.

Judgment is entered on behalf of Defendant and against Plaintiff. The Clerk of Court shall close this matter for statistical purposes.

IT IS SO ORDERED.

*/s Paul S. Diamond, J.*

Paul S. Diamond, J.